```
1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DANIEL R. KALEBA  (CABN 223789)
   Assistant United States Attorney
5     150 Almaden Boulevard, Suite 900
      San Jose, CA 95113
6     Telephone: (408) 535-5061
      Fax:  (408) 535-5066
7     E-Mail: daniel.kaleba@usdoj.gov

8  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE  DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | No. CR 09-01179 JW |
| Plaintiff,                      ) | |
| v.                              ) | STIPULATION TO CONTINUE STATUS HEARING AND [Proposed] ORDER EXCLUDING TIME FROM MARCH 22, 2010 TO APRIL 5, 2010 |
| JOSE ELOY SILVA,                ) | |
| Defendant.                      ) | |

The defendant, JOSE ELOY SILVA, represented by LEWIS ROMERO, Esquire, and the government, represented by DANIEL R. KALEBA, Assistant United States Attorney, hereby stipulate and request to continue the March 22, 2010 status hearing for approximately 14 days to April 5, 2010.  Defense counsel is currently in trial, and is expected to be in trial during the week of March 22, 2010.  The purpose of the continuance is to maintain continuity of defense counsel, to allow additional time for defense investigation, including research into the defendant's criminal history, and to resolve certain issues that may influence defendant's sentencing exposure.

//

//

*Stipulation and [Proposed] Order*
CR 09-01179 JW

1  Time has been continued through March 22, 2010.  Counsel requests that time be
2  excluded under the Speedy Trial Act between March 22, 2010 and the next court appearance
3  because additional time is necessary to maintain continuity of counsel, to review the discovery
4  and to conduct necessary investigation.
5  IT IS SO STIPULATED.

7  Dated: March 18, 2010

        /s/
LEWIS ROMERO
Attorney for Defendant
JOSE ELOY SILVA

        /s/
DANIEL R. KALEBA
Assistant United States Attorney

15  Based upon the representation of counsel and for good cause shown, the Court finds that
16  failing to exclude the time between March 22, 2010 and [April 5, 2010] would unreasonably
17  deny the defendant continuity of counsel and would deny counsel the reasonable time necessary
18  for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §
19  3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time
20  between March 22, 2010 and [April 5, 2010] from computation under the Speedy Trial Act
21  outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS
22  HEREBY ORDERED that the time between March 22, 2010 and [April 5, 2010] shall be
23  excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

26  DATED: March 19, 2010

JAMES WARE
United States District Judge

*Stipulation and [Proposed] Order*
CR 09-01179 JW                    -2-