MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DANIEL R. KALEBA  (CABN 223789)
Assistant United States Attorney
   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax:  (408) 535-5066
   E-Mail: daniel.kaleba@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE  DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>   v.<br><br>JOSE ELOY SILVA,<br><br>    Defendant. | No. CR 09-01179 JW<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE AUGUST 30, 2010 STATUS RE FINAL PRETRIAL CONFERENCE AND VACATE SEPTEMBER 14, 2010 TRIAL DATE |

     WHEREAS, on July 27, 2010, defendant's retained counsel, Lewis Romero, was relieved as counsel of record, and on that same date, panel attorney Bruce C. Funk was appointed as counsel of record.  During the July 27, 2010 appearance, defendant's attorney, Mr. Funk, advised the Magistrate Judge that he would not be prepared for a September 14, 2010 trial, and requested that the August 30, 2010 pretrial conference be instead set for a status appearance.  In consideration of the substitution of counsel, counsel for the government, Daniel Kaleba, advised the Court that he did not oppose Mr. Funk's request to continue the trial or set the August 30, 2010 appearance as a status hearing, rather than a final pretrial conference.

//

//

*Stipulation and [Proposed] Order*
CR 09-01179 JW

1    Subsequent to Mr. Funk's appointment, the parties have discussed setting future dates, as
2 well as the possibility of resolving the case. A proposed plea agreement has been extended. The
3 parties believe in good faith that a pretrial disposition may be possible, and respectfully request
4 additional time to pursue such a resolution.

5    THEREFORE, the parties hereby stipulate and request to continue the August 30, 2010
6 status hearing re pretrial conference for 14 days to September 13, 2010, for the purpose of trial
7 setting or disposition. Defense counsel also moves to vacate the September 14, 2010 trial date.
8 The government does not oppose this request. Time under the Speedy Trial Act has been
9 excluded until September 14, 2010, and no additional exclusion of time is requested.

10    IT IS SO STIPULATED.

12  Dated: August 18, 2010                       /s/
                                          BRUCE C. FUNK
13                                        Attorney for Defendant
                                          JOSE ELOY SILVA

16                                               /s/
                                          DANIEL R. KALEBA
17                                        Assistant United States Attorney

19    Based upon the representation of counsel and for good cause shown, IT IS HEREBY
20 ORDERED that the August 30, 2010 appearance be continued to September 13, 2010, for the
21 purpose of trial setting or disposition, and that the September 14, 2010 trial date is VACATED.

24  DATED: August 20, 2010                 _____
                                          JAMES WARE
25                                        United States District Judge

*Stipulation and [Proposed] Order*
CR 09-01179 JW                                -2-