1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  DANIEL R. KALEBA (CABN 223789)
   ALLISON MARSTON DANNER (CABN 195046)
5  Assistant United States Attorneys

6     150 Almaden Blvd., Suite 900
      San Jose, California 95113
7     Telephone: (408) 535-0910
      Facsimile: (408) 535-5066
8     E-Mails:  daniel.kaleba@usdoj.gov
                allison.danner@usdoj.gov
9
   Attorneys for the United States
10
                      UNITED STATES DISTRICT COURT
11
                     NORTHERN DISTRICT OF CALIFORNIA
12
                             SAN JOSE DIVISION
13

14 | UNITED STATES OF AMERICA,       )   No. CR 09-01179 EJD
                                     )
15 |     Plaintiff,                  )   STIPULATION TO CONTINUE STATUS
                                     )   HEARING AND [PROPOSED] ORDER
16 |     v.                          )
                                     )   Date:   October 31, 2011
17 | JOSE ELOY SILVA,                )   Time:   1:30 p.m.
                                     )   Court:  Hon. Edward J. Davila
18 |     Defendant.                  )
                                     )
19 |_____    )

20     The defendant, JOSE ELOY SILVA, represented by Bruce Funk, and the government,

21  represented by Daniel Kaleba and Allison Danner, Assistant United States Attorneys, hereby

22  stipulate and request to continue the October 31, 2011 status hearing for approximately 21 days

23  to November 21, 2011. The government has raised an interlocutory appeal before the Ninth

24  Circuit in this matter, and the status of that appeal is as follows: on August 26, 2011, the

25  government submitted its opening brief; on October 10, 2011, the defense filed its answering

26  brief. The government's reply brief is due November 10, 2011.

27  //

28  //

STIP. and [Proposed] Order
09-01179 JW

1  The parties respectfully request that the October 31, 2011 status appearance be continued
2  until November 21, 2011.  On that date, the parties hope to be able to present to the Court further
3  information concerning the future schedule of the interlocutory appeal.
4  IT IS SO STIPULATED.

6  Dated: October 31, 2011                            /s/
                                                    BRUCE FUNK
7                                                   Attorney for Defendant
                                                    JOSE ELOY SILVA

10                                                   /s/
                                                    DANIEL R. KALEBA
11                                                  ALLISON MARSTON DANNER
                                                    Assistant United States Attorneys

14                          IT IS SO ORDERED

16  Based upon the representation of counsel and for good cause shown, the October 31,
17  2011 status appearance is continued to November 21, 2011 at 1:30 p.m..

19  DATED:  Ocotober 28, 2011                    _____
20                                                EDWARD J. DAVILA
                                                  United States District Judge

STIP. and [Proposed] Order
09-01179 JW                                2