1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  DANIEL R. KALEBA  (CABN 223789)
   Assistant United States Attorney
5    150 Almaden Boulevard, Suite 900
     San Jose, CA 95113
6    Telephone: (408) 535-5061
     Fax:  (408) 535-5066
7    E-Mail: daniel.kaleba@usdoj.gov

8  Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE  DIVISION

12

13 UNITED STATES OF AMERICA,        )    No. CR 09-01179 EJD
                                    )
14       Plaintiff,                 )
                                    )    STIPULATION TO CONTINUE STATUS
15    v.                            )    HEARING AND [PROPOSED] ORDER
                                    )    EXCLUDING TIME FROM AUGUST 6,
16 JOSE ELOY SILVA,                 )    2012 TO SEPTEMBER 10, 2012
                                    )
17       Defendant.                 )
                                    )
18

19      The defendant, JOSE ELOY SILVA, represented by BRUCE C. FUNK, Esquire, and the

20 government, represented by DANIEL R. KALEBA, Assistant United States Attorney, hereby

21 stipulate and request to continue the August 6, 2012 status hearing for approximately 30 days to

22 September 10, 2012.  The parties are engaged in active settlement discussions.  The purpose of

23 the continuance is to allow additional time for defense and government investigation to address

24 certain issues that may influence defendant's sentencing exposure.

25 //

26 //

27 //

28 //

*Stipulation and [Proposed] Order*
CR 09-01179 EJD

Time has been continued through August 6, 2012.  Counsel requests that time be excluded under the Speedy Trial Act between August 6, 2012 and the next court appearance because additional time is necessary to review the discovery and to conduct necessary investigation.

IT IS SO STIPULATED.

Dated: August 2, 2012
/s/
BRUCE C. FUNK
Attorney for Defendant
JOSE ELOY SILVA

Dated: August 2, 2012
/s/
DANIEL R. KALEBA
Assistant United States Attorney

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between August 6, 2012 and [September 10, 2012] would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between August 6, 2012 and [September 10, 2012] from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time between August 6, 2012 and [September 10, 2012] shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED:  8/3/2012
EDWARD J. DAVILA
United States District Judge