1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  DANIEL R. KALEBA  (CABN 223789)
   Assistant United States Attorney
5     150 Almaden Boulevard, Suite 900
      San Jose, CA 95113
6     Telephone: (408) 535-5061
      Fax:  (408) 535-5066
7     E-Mail: daniel.kaleba@usdoj.gov

8  Attorneys for Plaintiff

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                           SAN JOSE  DIVISION

12

13 UNITED STATES OF AMERICA,           )   No. CR 09-01179 EJD
                                       )
14        Plaintiff,                   )
                                       )   STIPULATION TO CONTINUE
15    v.                               )   SENTENCING AND [~~PROPOSED~~]
                                       )   ORDER
16 JOSE ELOY SILVA,                    )
                                       )
17        Defendant.                   )
                                       )
18

19        The defendant, JOSE ELOY SILVA, is scheduled to be sentenced on December 10, 2012.

20 The defense requires additional time to adequately prepare for sentencing. The parties therefore

21 jointly stipulate and request a continuance of the sentencing date to January 28, 2013 to allow the

22 defense the time necessary to prepare for sentencing.

23 Dated: November 20, 2012              /s/
                                         ─────────────────────
24                                       BRUCE C. FUNK
                                         Attorney for Defendant
                                         JOSE ELOY SILVA
25

26
   Dated: November 20, 2012              /s/
27                                       ─────────────────────
                                         DANIEL R. KALEBA
                                         Assistant United States Attorney
28

*Stipulation and [Proposed] Order*
CR 09-01179 EJD

1    Based on the above, and for good cause shown,

2    IT IS HEREBY ORDERED:

3    That the December 10, 2012 sentencing of the defendant is hereby continued to January
4    28, 2013.

7    DATED: __11/21/2012__       _____
                                 HON. EDWARD J. DAVILA
8                                United States District Judge