1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  DANIEL R. KALEBA  (CABN 223789)
   Assistant United States Attorney
5     150 Almaden Boulevard, Suite 900
      San Jose, CA 95113
6     Telephone: (408) 535-5061
      Fax:  (408) 535-5066
7     E-Mail: daniel.kaleba@usdoj.gov

8  Attorneys for Plaintiff

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                             SAN JOSE DIVISION

12

13 UNITED STATES OF AMERICA,        )    No. CR 09-01179 EJD
                                    )
14      Plaintiff,                  )
                                    )    STIPULATION TO CONTINUE
15      v.                          )    SENTENCING AND [PROPOSED]
                                    )    ORDER
16 JOSE ELOY SILVA,                 )
                                    )
17      Defendant.                  )
                                    )

18

19     The defendant, JOSE ELOY SILVA, is scheduled to be sentenced on January 29, 2013.

20 The defense requires additional time to adequately prepare for sentencing. The parties therefore

21 jointly stipulate and request a continuance of the sentencing date to February 25, 2013 to allow

22 the defense the time necessary to prepare for sentencing.  This should be the last request for a

23 continuance.

24 Dated: January 16, 2013                    /s/
                                           BRUCE C. FUNK
25                                         Attorney for Defendant
                                           JOSE ELOY SILVA
26

27 Dated: January 16, 2013                    /s/
                                           DANIEL R. KALEBA
28                                         Assistant United States Attorney

*Stipulation and [Proposed] Order*
CR 09-01179 EJD

1  Based on the above, and for good cause shown,

2  IT IS HEREBY ORDERED:

3  That the January 29, 2013 sentencing of the defendant is hereby continued to February
4  25, 2013 at 1:30 PM.

7  DATED:  1/17/2013

_____
HON. EDWARD J. DAVILA
United States District Judge

*Stipulation and [Proposed] Order*
CR 09-01179 EJD                                                -2-