1 | BRUCE C. FUNK, ESQ.
California State Bar No. 122340
2 | 46 West Santa Clara Street
San Jose, California 95113
3 | Telephone (408) 280-6488

4 | Attorney for Defendant
JOSE ELOY SILVA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR-09-01179 EJD |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND [PROPOSED] ORDER** |
| v. | ) **CONTINUING SENTENCING HEARING** |
| JOSE ELOY SILVA, | ) |
| Defendant. | ) |

The Defendant, Jose Eloy Silva, represented by Bruce Funk, and the Government, represented by Daniel Kaleba, Assistant United States Attorney, hereby stipulate and request to continue the February 25, 2013, Sentencing Hearing for seven (7) days, until March 4, 2013. The Government has recently filed a Sentencing Memorandum which requires a response from the defense. In order to adequately represent the Defendant and timely file a Sentencing Memorandum, this continuance is requested.

//
//
//
//

**STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING
CASE NUMBER CR-09-01179-EJD**

1

The parties respectfully request that the February 23, 2013 Sentencing Hearing be continued to March 4, 2013. On that date, the parties expect both sides will be ready for sentencing.

**IT IS SO STIPULATED**.

Dated: February 21, 2013

/s/
BRUCE C. FUNK
Attorney for Jose Eloy Silva

Dated: February 21, 2013

/s/
DANIEL R. KALEBA
Assistant United States Attorney

## ORDER

Based upon the stipulation, representation of counsel, and for good cause shown, the February 25, 2013 sentencing is continued to March 4, 2013 at 1:30 p.m.

Dated: February 22, 2013

EDWARD J. DAVILA
United States District Judge